106 F.3d 390
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Kenneth Franklin HUDDLESTON, Plaintiff-Appellant,
v.
Leon DIXON, Defendant-Appellee.
 No. 96-7264.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 9, 1997.
Decided Jan. 23, 1997.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-96-699-AM)
 Kenneth Franklin Huddleston, Appellant Pro Se.
 Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant, a Virginia inmate, appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C. § 1915 (1994), amended by Prison Litigation Reform Act, Pub.L. No. 104-134, 110 Stat. 1321 (1996). We have reviewed the record and the district court's opinion and find no reversible error. Appellant, at most, alleges a disagreement with the prison doctors as to the course of medical treatment that he received. Such allegations are not cognizable under § 1983. See Wright v. Collins, 766 F.2d 841, 849 (4th Cir.1985). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED